# Third District Court of Appeal
## State of Florida

Opinion filed March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1684
Lower Tribunal No. F06-13152

————————

**Willie James Pinson, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Willie James Pinson, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.